United States District Court
Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10   CAROLINE DYER, et al.,                Case No. 21-cv-05920-RS

11              Plaintiffs,

12         v.                              **ORDER TO RESPOND AND
                                           REFERRAL OF ANY FURTHER**
13   CITY AND COUNTY OF SAN                **DISCOVERY DISPUTES**
     FRANCISCO, et al.,
14
                Defendants.
15

16         Defendants have shown that plaintiffs have failed to serve responses to defendant City and

17   County of San Francisco's first set of written discovery, despite having been given extensions, and

18   having made promises to do so. Plaintiffs are hereby ordered to serve responses to the discovery

19   within 3 days of the date of this order. The case is hereby referred to a randomly assigned

20   magistrate judge to resolve and disputes regarding plaintiffs' compliance with this order and any

21   other further discovery disputes.

22

23   **IT IS SO ORDERED**.

24

25   Dated: April 4, 2022

26                                         _____
                                           RICHARD SEEBORG
27                                         Chief United States District Judge

28