DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
REBECCA LOUIE, State Bar #264984
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:	(415) 554-3859
Facsimile:	(415) 554-3837
E-Mail:	Rebecca.Louie@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE DYER, on behalf of herself and other similarly situated individuals,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE CHIEF WILLIAM "BILL" SCOTT, MICHAEL MCEACHERN, SHAW #622, RICHINS# 753, OLSON# 4051, CURRY# 585, CHEA #41, KORTE# 4031, CHIN# 188 and DOES 1-50,<br><br>    Defendants. | Case No. 21-cv-05920-RS<br><br>STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE<br><br>Trial Date:           January 17, 2023 |

The parties, through counsel, seek leave of the Court to modify the Stipulation and Order Continuing Case Management Deadlines, filed June 7, 2022 (ECF No. 36), as it relates to the pretrial conference and pretrial submission dates.

WHEREAS, the pretrial conference is currently scheduled for December 14, 2022;

WHEREAS, pursuant to the Court's Final Pretrial Conference order, the joint pretrial statement must be filed and the motions in limine and witness and exhibit lists must be exchanged, by December 2, 2022;

1  WHEREAS, the Court heard argument on Defendants' summary judgment motion on October 27, 2022;

2  WHEREAS, the summary judgment motion seeks to dispose of all causes of action and defendants;

3  WHEREAS, even a partial grant of the motion for summary judgment would significantly narrow the issues and/or defendants at trial, potentially making certain evidence, witnesses, and motions in limine moot;

4  THEREFORE, the parties jointly stipulate to and propose the following modification to the Case Management Schedule:

| Action | Current | Proposed |
|---|---|---|
| Pretrial conference | December 14, 2022 | December 28, 2022, or the soonest date thereafter |

The pretrial submissions, including the joint pretrial statement, motions in limine, and witness and exhibit lists, would be due December 16, 2022.  The oppositions to the motions in limine, proposed jury instructions, voir dire, and verdict forms would be due December 23, 2022.

Dated:  November 30, 2022

By: /s/ Rebecca Louie
REBECCA LOUIE
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  November 30, 2022

By: /s/ Stanley Goff
STANLEY GOFF
Attorneys for Plaintiff
CAROLINE DYER

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

///

///

///

///

**ORDER**

Pursuant to the Stipulation of the parties, the Case Management Deadlines are as follows:

| Action | Current | |
|---|---|---|
| Pretrial conference | December 14, 2022 | December 28, 2022 |

The pretrial submissions, including the joint pretrial statement, motions in limine, and witness and exhibit lists, are now due December 16, 2022.  The oppositions to the motions in limine, proposed jury instructions, voir dire, and verdict forms are now due December 23, 2022.

IT IS SO ORDERED.

Dated: __11/30/2022_____   _____
HONORABLE RICHARD SEEBORG
United States District Judge