United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLINE DYER,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 21-cv-05920-RS

**JUDGMENT**

Pursuant to the order granting defendants' motion for summary judgment filed this date, judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED**.

Dated: December 22, 2022

_____
RICHARD SEEBORG
Chief United States District Judge