| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐          NO ☐ |
|---|---|---|

| 1. CASE NAME Caroline Dyer v. City and County of San Francisco | | 2. CASE NUMBER 21-cv-05920-RS | 3. DATE JUDGMENT ENTERED 12/22/2022 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Plaintiff Caroline Dyer |
|---|---|---|---|---|
| 5. NAME OF CLAIMING PARTY Defendant City and County of San Francisco | | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Rebecca Louie | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE rebecca.louie@sfcityatty.org 415-554-3859 |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                             (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | N/A | | | |
| Service of Process, Civil LR 54-3(a)(2) | 1,011.50 | Exhibit 1 | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | N/A | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | N/A | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | N/A | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 2,836.15 | Exhibit 2 | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | 117.60 | Exhibit 3 | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | N/A | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | 4,362.55 | Exhibit 4 | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | 223.01 | Exhibit 5 | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | N/A | | | |

| Visual aids, Civil LR 54(d)(5) | | N/A | | | |
|---|---|---|---|---|---|
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | 169.10 | Exhibit 6 | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | N/A | | | |
| Court-appointed experts, 28 USC § 1920(6) | | N/A | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | N/A | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | N/A | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | N/A | | | |
| **TOTAL AMOUNT** | $8,719.91 | | $  0.00 | $  0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

| **10. AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party:**<br>**SIGNATURE:** *Rebecca Louie*    **DATE:** 1/5/2023 | **11. Costs are taxed in the amount of** _____ **and included in the judgment.**<br><br>Mark B. Busby<br>Clerk of Court<br><br>**BY:** _____ Deputy Clerk    **DATE:** |
|---|---|

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST | |
| WITNESS NAME , CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness | |
| Exhibit 6 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | TOTAL WITNESS FEES/EXPENSES | | | | $  169.10 | |

Caroline Dyer v. City and County of San Francisco
USDC Northern District of California No. 21-cv-05920-RS

Memorandum of Costs Overview

| Cost Type | | Totals |
|---|---|---|
| a1. Fees of the Clerk | | **$0.00** |
| a2. Fees for service of summons and subpoena **(Exhibit 1)** | | **$1,011.50** |
| b. Reporters' Transcripts | | **$0.00** |
| c1. Deposition Transcripts/Video Recording **(Exhibit 2)** | | **$2,836.15** |
| c2. Deposition Exhibits **(Exhibit 3)** | | **$117.60** |
| d1. Reproduction, Exemplification of Government Records **(Exhibit 4)** | | **$4,362.55** |
| d2. Reproduction, Exemplification of Formal Discovery Documents **(Exhibit 5)** | | **$223.01** |
| d3. Reproduction, Exemplification of Trial Exhibits | | **$0.00** |
| d4. Reproduction, Exemplification of Visual Aids | | **$0.00** |
| e. Witness Fees and Expenses **(Exhibit 6)** | | **$169.10** |
| f. Court-Appointed Professionals, Interpreters | | **$0.00** |
| g. Miscellaenous Costs | | **$0.00** |
| | | |
| **Grand Total** | | **$8,719.91** |

Caroline Dyer v. City and County of San Francisco
USDC Northern District of California No. 21-cv-05920-RS

MEMORANDUM OF COSTS WORKSHEET

**EXHIBIT 1**
**a2. Service of Process**

| Process Server | Party Served | Invoice | Registered Process |
|---|---|---|---|
| WestCoast Legal | Dignity Health Medical Foundation Santa Cruz (Medical Records) | 25322595-01 | $65.00 |
| WestCoast Legal | Dignity Health Medical Foundation Billing (Medical Records) | 25322595-02 | $65.00 |
| WestCoast Legal | Select Physical Therapy (Medical Records) | 25322685-01 | $65.00 |
| WestCoast Legal | Dignity Health Medical Foundation Santa Cruz (Medical Records) | 25322685-02 | $65.00 |
| WestCoast Legal | Thomas Letourneau, Psychiatric Alternatives plus attempt authorization fee | 25322685-04 | $97.00 |
| WestCoast Legal | Yong Kim Chiropractic & Acupuncture | 25322685-05 | $65.00 |
| WestCoast Legal | Jennifer Durand, Therapeutic Yoga | 25322685-06 | $65.00 |
| WestCoast Legal | Clarity Child Guidance Center plus attempt authorization fee | 25322685-07 | $97.00 |
| WestCoast Legal | Whole Foods Market California, Inc. | 25322685-08 | $65.00 |
| Freewheelin' | Service of Subpoena on Third Party Witness | 73768 | $182.50 |
| Freewheelin' | Service of Subpoena on Third Party Witness | 73781 | $180.00 |
| | | | |
| **TOTAL** | | | **$1,011.50** |

# EXHIBIT 1

# WESTCOAST LEGAL SERVICE

INVOICE # 25322595-01

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

Client No.:  5544217

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

IRS # 77-0009418

File No.:  220237
Claim No.:
Pltf/Appl:  Caroline Dyer et al.
vs Def:  City and County of San Francisco et al.
Court:  UNITED STATES DISTRICT COURT
Case No.:  3:21-cv-05920

Records Pertain To:  **Caroline Dyer**
Records From:  **Dignity Health Medical Foundation (Santa Cruz)**
**Santa Cruz, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 31.95 |

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | |
|---|---|
| SALES TAX | .00 |

| DATE | 6/3/2022 | INVOICE NO. | 25322595-01 | AMOUNT DUE | 113.45 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322595-01 | 6/3/2022 | 113.45 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*    ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1925 S Winchester Blvd #203
Campbell, CA 95008**

_____
*Card Billing Address / Zip Code*

_____
*Exp. Date*        *Signature*

_____
*Contact Name*

_____
*Contact Email*

# WESTCOAST LEGAL SERVICE

INVOICE # 25322595-02

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

Client No.:  5544217

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

IRS # 77-0009418

File No.:  220237
Claim No.:
Pltf/Appl:  Caroline Dyer et al.
vs Def:  City and County of San Francisco et al.
Court:  UNITED STATES DISTRICT COURT
Case No.:  3:21-cv-05920

Records Pertain To:  **Caroline Dyer**
Records From:  **Dignity Health Medical Foundation (Billing)**
**Rancho Cordova, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 20.10 |
| Check Charge | 2.01 |
| Copies/Images | 13.50 |

Notes:
FACILITY REQUIRES PICK UP OF CERTFICATE

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 5/23/2022 | INVOICE NO. | 25322595-02 | AMOUNT DUE | 100.61 |
|---|---|---|---|---|---|

---

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322595-02 | 5/23/2022 | 100.61 |

PAYMENT OPTIONS:
☐ *CHECK: Payable to WestCoast Legal Service*    ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

_____
*Card Billing Address / Zip Code*

_____
*Exp. Date*          *Signature*

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1925 S Winchester Blvd #203
Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

# WLS WESTCOAST LEGAL SERVICE

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

Client No.:  5544217

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

IRS # 77-0009418

File No.:  220237
Claim No.:
Pltf/Appl:  Caroline Dyer et al.
vs Def:  City and County of San Francisco et al.
Court:  UNITED STATES DISTRICT COURT
Case No.:  3:21-cv-05920

Records Pertain To:  **Caroline Dyer**
Records From:  **Select Physical Therapy**
**San Francisco, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 59.00 |
| Check Charge | 5.90 |
| Copies/Images | 75.60 |

Notes:
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | SALES TAX | .00 |
|---|---|---|---|---|
| DATE | 6/15/2022 | INVOICE NO. | 25322685-01 | AMOUNT DUE | 205.50 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-01 | 6/15/2022 | 205.50 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*  ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

_____
*Card Billing Address / Zip Code*

_____
*Exp. Date*        *Signature*

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

# WLS WESTCOAST LEGAL SERVICE

1925 S Winchester Blvd #203, Campbell, CA 95008 (800) 698-8177

email: accounting@westcoastlegal.com

INVOICE#25322685-02

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

Client No.: 5544217

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| File No.: | 220237 |
| Claim No.: | |
| Pltf/Appl: | Caroline Dyer et al. |
| vs Def: | City and County of San Francisco et al. |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | 3:21-cv-05920 |

Records Pertain To: **Caroline Dyer**
Records From: **Dignity Health Medical Foundation (Santa Cruz)**
**Santa Cruz, CA**

| ITEM RATE | AMOUNT |
| --- | --- |
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 31.95 |

*Notes:*
DIGITAL RECORDS ONLY SENT PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | .00 |

| DATE | 6/15/2022 | INVOICE NO. | 25322685-02 | AMOUNT DUE | 113.45 |

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
| --- | --- | --- | --- | --- |
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-02 | 6/15/2022 | 113.45 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*       ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

_____
*Card Billing Address / Zip Code*

_____
*Exp. Date*          _____
*Signature*

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

**WLS** **LEGAL SERVICE** INVOICE #25322685-04
1925 Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177          email: accounting@westcoastlegal.com

BILL TO:                                          SHIP TO:

.                                                Rebecca Louie
San Francisco City Attorney's Office - Accounting Dept   San Francisco City Attorney's Office
1390 Market St, 5th Floor                        1390 Market Street, 6th Fl
San Francisco, CA. 94102                         San Francisco, CA. 94102
(415) 554-4211 x 7                               (415) 554-3800

   Client No.:   5544217                            Client No.:   5543881

   File No.:   221003                                   IRS # 77-0009418
   Claim No.:
   Pltf/Appl:  Caroline Dyer et al.
   vs Def:   City and County of San Francisco et al.
   Court:   UNITED STATES DISTRICT COURT
   Case No.:   3:21-cv-05920

Records Pertain To:  **Caroline Dyer**
Records From:  **Thomas Letourneau, Psychiatric Alternatives**
**San Francisco, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 68.00 |
| Attempt Auth/Waive from Consumer | 29.00 |

Notes:
RECORDS UNOBTAINABLE. SEE STATUS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 10/27/2022 | INVOICE NO. | 25322685-04 | AMOUNT DUE | 97.00 |
|---|---|---|---|---|---|

---

PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-04 | 10/27/2022 | 97.00 |

PAYMENT OPTIONS:
☐ CHECK: Payable to WestCoast Legal Service          ☐ CREDIT CARD: VISA / MasterCard / AmEx (please circle)

Name on Card                              Card Billing Address / Zip Code

Card Number                               Exp. Date          Signature

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1925 Winchester Blvd #203**
**Campbell, CA 95008**

Contact Name

Contact Email

# WESTCOAST LEGAL SERVICE

INVOICE #25322685-05

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

Client No.:  5544217

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

IRS # 77-0009418

File No.:  220237
Claim No.:
Pltf/Appl:  Caroline Dyer et al.
vs Def:  City and County of San Francisco et al.
Court:  UNITED STATES DISTRICT COURT
Case No.:  3:21-cv-05920

Records Pertain To:  **Caroline Dyer**
Records From:  **Yong Kim Chiropractic & Acupuncture**
**Daly City, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 27.45 |

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | .00 |
|---|---|---|---|

| DATE | 6/15/2022 | INVOICE NO. | 25322685-05 | AMOUNT DUE | 108.95 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-05 | 6/15/2022 | 108.95 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*          ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
Name on Card

_____
Card Number

*PLEASE REMIT TO:*

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
Card Billing Address / Zip Code

_____
Exp. Date          Signature

_____
Contact Name

_____
Contact Email

**WLS WESTCOAST LEGAL SERVICE**

INVOICE #25322685-06

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

| BILL TO: | SHIP TO: |
|---|---|
| . | Rebecca Louie |
| San Francisco City Attorney's Office - Accounting Dept | San Francisco City Attorney's Office |
| 1390 Market St, 5th Floor | 1390 Market Street, 6th Fl |
| San Francisco, CA. 94102 | San Francisco, CA. 94102 |
| (415) 554-4211 x 7 | (415) 554-3800 |
| Client No.: 5544217 | Client No.: 5543881 |

IRS # 77-0009418

File No.: 220237
Claim No.:
Pltf/Appl: Caroline Dyer et al.
vs Def: City and County of San Francisco et al.
Court: UNITED STATES DISTRICT COURT
Case No.: 3:21-cv-05920

Records Pertain To: **Caroline Dyer**
Records From: **Jennifer Durand, Therapeutic Yoga**
**San Francisco, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 1.35 |

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 6/15/2022 | INVOICE NO. | 25322685-06 | AMOUNT DUE | 82.85 |
|---|---|---|---|---|---|

---

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-06 | 6/15/2022 | 82.85 |

PAYMENT OPTIONS:
☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Billing Address / Zip Code*

_____
*Card Number*

_____
*Exp. Date*

_____
*Signature*

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

**WLS** **LEGAL SERVICE** INVOICE#25322685-07

1925 Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177     email: accounting@westcoastlegal.com

*BILL TO:*                   *SHIP TO:*

.                         Rebecca Louie

San Francisco City Attorney's Office - Accounting Dept San Francisco City Attorney's Office
1390 Market St, 5th Floor            1390 Market Street, 6th Fl
San Francisco, CA. 94102            San Francisco, CA. 94102
(415) 554-4211 x 7                  (415) 554-3800

    *Client No.:*   5544217              *Client No.:*   5543881

     *File No.:*   221003                *IRS # 77-0009418*
   *Claim No.:*
   *Pltf/Appl:*   Caroline Dyer et al.
     *vs Def:*   City and County of San Francisco et al.
     *Court:*   UNITED STATES DISTRICT COURT
  *Case No.:*   3:21-cv-05920

*Records Pertain To:*   **Caroline Dyer**
*Records From:*   **Clarity Child Guidance Center**
               **San Antonio, TX**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 68.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Attempt Auth/Waive from Consumer | 29.00 |

*Notes:*
RECORDS UNOBTAINABLE. SEE STATUS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 10/27/2022 | INVOICE NO. | 25322685-07 | AMOUNT DUE | 113.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-07 | 10/27/2022 | 113.50 |

PAYMENT OPTIONS:
☐ CHECK: Payable to WestCoast Legal Service      ☐ CREDIT CARD: VISA / MasterCard / AmEx (please circle)

_____        _____
Name on Card              Card Billing Address / Zip Code

_____     _____    _____
Card Number          Exp. Date      Signature

*PLEASE REMIT TO:*          _____
                          Contact Name
**WestCoast Legal Service**
**A/R PROCESSING**            _____
**1925 Winchester Blvd #203**      Contact Email
**Campbell, CA 95008**

**WESTCOAST**

**STATEMENT**

*San Jose * San Francisco * Los Angeles * Santa Ana * Sacramento * San Diego*

WESTCOAST LEGAL SERVICE

1925 Winchester Blvd #203
Campbell CA 95008
408-938-6528

Statement inquiries:
accounting@westcoastlegal.com

**Invoice Date:  June 24, 2022**

**Invoice Number: 25322685-08**
**Federal Identification # 77-0009418**

**Bill To:**
.
San Francisco City Attorney's Office -
Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA 94102
**File Number:**
Account No.:
Route No.:

**Order By:**
Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA  94102
**File Number: 220237**
Account No.:
Route No.:

**Ship To:**
Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA 94102
**File No.:**
**Account No.:  San Francisco City Attorney's Office**

| Records Of: | Description | Quantity | Amount |
|---|---|---|---|
| Caroline Dyer | | | |
| | File Basic | | 65.00 |
| | Witness Fee | | 15.00 |
| | Check Charge | | 1.50 |
| **Records From:** | Copies/Images | 54.00 | 24.30 |
| Whole Foods Market California, Inc. c/o CT Corporation System | | | |
| Glendale, CA | Subtotal | $ | 105.80 |
| | Tax | $ | |
| | **TOTAL** | **$** | **105.80** |

**Case Name:**
Caroline Dyer et al. vs. City and County of San
Francisco et al.

**Comments:**

This invoice will appear on your monthly statement. If paying by invoice, please reference invoice number.

**Invoice Number: 25322685-08**

InvoiceA Re:Invoice

Order#:25322685-08-01/INVOICEA

# FreeWheelin'
**ATTORNEY SERVICE**

P.O. Box #78154
San Francisco, California  94107
(415) 278-9978  Fax: (415) 278-9918

# INVOICE
Invoice No. 73768

**Invoice Date:** May 06, 2022
**Client Code:**  CA456

OFFICE OF THE CITY ATTORNEY
Attn: REBECCA LOUIE SB#264984
1390 MARKET STREET, 7TH FLOOR
SAN FRANCISCO, CA        94102-

**Reference #:** 220237
**Case No:** 21-CV-05920-RS
**Court:** UNITED STATE DISTRICT COURT
NORTHERN CALIFORNIA

**Plaintiff:** CAROLINE DYER, et al.,

**Defendant:** CITY AND COUNTY OF SAN
FRANCISCO, et al.,

**Document(s):** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF TAKING
DEPOSITION OF JEREMIAH NARES;SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL
ACTION; NOTICE OF TAKING DEPOSITION OF DEVIN CHOI; PROOF OF SERVICE

**Report:** SERVED TO JEREMIAH NARES 520 RAMSELL STREET, SFCA.  ADVANCED $45 WITNESS FEE.
SERVED TO STANLEY GOFF, ESQ. 15 BOARDMAN PLACE, SUITE 2, SFCA.
PROVIDED PROOFS OF SERVICE.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process | 1 | $85.00 | $85.00 |
| Service of Process | 1 | $97.50 | $97.50 |
| Vehicle Sur Charge | 1 | $7.50 | $7.50 |

**Fee Advance:** $45.00
**Fee Advance Charge:** $6.75

**TOTAL INVOICE:** **$241.75**
**PAYMENT(S):** **$0.00**
**AMOUNT DUE:** **$241.75**
Terms: Net 30 days

Free Wheelin' Attorney Service INVOICE        Tax ID: 943308149

# FreeWheelin'
## ATTORNEY SERVICE

P.O. Box #78154
San Francisco, California 94107
(415) 278-9978  Fax: (415) 278-9918

# INVOICE
### Invoice No. 73781

**Invoice Date:** May 09, 2022

**Client Code:** CA456

OFFICE OF THE CITY ATTORNEY
Attn: REBECCA LOUIE SB#264984
1390 MARKET STREET, 7TH FLOOR
SAN FRANCISCO, CA        94102-

**Reference #:** 220237

**Case No:** 21-CV-05920-RS

**Court:** UNITED STATE DISTRICT COURT
NORTHERN CALIFORNIA

**Plaintiff:** CAROLINE DYER, et al.,

**Defendant:** CITY AND COUNTY OF SAN
FRANCISCO, et al.,

**Document(s):** SUBPOENA

**Report:** 5/6-ATTEMPTED TO SERVE DEVIN CHOI 520 RAMSELL STREET, SFCA-TOLD BY ROOMATES
NOT IN. STAYS WITH GIRLFRIEND.

ATTEMPTED 5/8 & 5/9.  ON 5/9 ROOMATE CALLED CHOI WHO GAVE ADDRESS TO BE
SERVED.

5/9-SERVED TO DEVIN CHOI AT 1600 FELL STREET, SFCA.  ADVANCED $45.00 WITNESS
FEE.  FEDERAL STATUTE.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Additional Service of Process | 3 | $27.50 | $82.50 |
| Service of Process | 1 | $97.50 | $97.50 |
| Vehicle Sur Charge | 1 | $7.50 | $7.50 |

| | |
|---|---|
| **Fee Advance:** | $45.00 |
| **Fee Advance Charge:** | $6.75 |

| | |
|---|---|
| **TOTAL INVOICE:** | **$239.25** |
| **PAYMENT(S):** | **$0.00** |
| **AMOUNT DUE:** | **$239.25** |

Terms: Net 30 days

Free Wheelin' Attorney Service INVOICE          Tax ID: 943308149

Caroline Dyer v. City and County of San Francisco

USDC Northern District of California No. 21-cv-05920-RS

MEMORANDUM OF COSTS WORKSHEET

**EXHIBIT 2**
**c1. Deposition Transcripts**

| VENDORS | DEPONENTS/TRANSCRIPTS | AMOUNT |
|---|---|---|
| Behmke Reporting and Video Services, Inc. | Deposition of Plaintiff Caroline Dyer | $1,733.50 |
| Veritext, LLC | Deposition of Witness Jeremiah Nares | $1,102.65 |
| | | |
| | | |
| | | **$2,836.15** |

# EXHIBIT 2

# Behmke Reporting and Video Services, Inc.                    **Invoice**

**\*\*\* ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! \*\*\***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, May 11, 2022 | 45517ACC |

Rebecca  Louie
San Francisco City Attorney's Office
1390 Market Street
Sixth Floor
San Francisco, CA 94102-5342

Phone:      (415) 554-3859      Fax:

| | |
|---|---|
| **Witness:** | Caroline Dyer |
| **Case:** | Caroline Dyer, et al. v. City and County of San Francisco, et al. |
| **Venue:** | U.S. District Court Northern District of CA |
| **Case #:** | 21-CV-05920-RS |
| **Date:** | 4/19/2022 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 3:40 PM |
| **Reporter:** | Michelle Knowles |
| **Claim #:** | |
| **File #:** | 39406 |

*30566SCC*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CCSF0001 | Non-expert witness | $6.50 | 147 | $955.50 |
| CCSF0009 | Exhibit copying - 8 1/2 x 11 B&W hard | $0.75 | 18 | $13.50 |
| CCSF0010 | Exhibit copying - 8 1/2 x 11 Color hard | $1.75 | 58 | $101.50 |
| CCSF0011 | Exhibit scanning | $0.75 | 35 | $26.25 |
| CCSF0019 | Video Conf Service per hour | $125.00 | 6 | $750.00 |
| CCSF0023 | Delivery by hired service | $28.00 | 1 | $28.00 |
| | | **Sub Total** | | $1,874.75 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $1,874.75 |

*Thank you for choosing Behmke Reporting!*

**Fed. I.D. # 45-2048307**

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late
fee per month.***

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Rebecca Louie | | |
|---|---|---|---|
| | San Francisco City & County Attorney | **Invoice #:** | **5822030** |
| | 1390 Market St | **Invoice Date:** | **6/16/2022** |
| | 7th Flr | **Balance Due:** | **$1,105.25** |
| | San Francisco, CA, 94102-5302 | | |

| **Case: Dyer, Caroline v. City And County Of San Francisco (21cv05920RS)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5242720   |   Job Date: 5/19/2022   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Rebecca Louie |
| Scheduling Atty: | Rebecca Louie | San Francisco City & County Attorney |

| Witness: Jeremiah Nares | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 87.00 | $5.95 | $517.65 |
| Exhibits | 4.00 | $0.65 | $2.60 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$1,105.25** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,105.25** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5822030** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **6/16/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,105.25** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

130543

Caroline Dyer v. City and County of San Francisco
USDC Northern District of California No. 21-cv-05920-RS

MEMORANDUM OF COSTS WORKSHEET

**EXHIBIT 3**
**c2. Deposition Exhibits**

| VENDORS | DEPONENTS/TRANSCRIPTS | AMOUNT |
|---|---|---|
| Behmke Reporting and Video Services, Inc. | Deposition of Plaintiff Caroline Dyer | $115.00 |
| Veritext, LLC | Deposition of Witness Jeremiah Nares | $2.60 |
| | | |
| **TOTAL** | | **$117.60** |

# EXHIBIT 3

# Behmke Reporting and Video Services, Inc.                    Invoice

**\*\*\* ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! \*\*\***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600            Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, May 11, 2022 | 45517ACC |

Rebecca  Louie
San Francisco City Attorney's Office
1390 Market Street
Sixth Floor
San Francisco, CA 94102-5342

Phone:       (415) 554-3859       Fax:

| | |
|---|---|
| **Witness:** | Caroline Dyer |
| **Case:** | Caroline Dyer, et al. v. City and County of San Francisco, et al. |
| **Venue:** | U.S. District Court Northern District of CA |
| **Case #:** | 21-CV-05920-RS |
| **Date:** | 4/19/2022 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 3:40 PM |
| **Reporter:** | Michelle Knowles |
| **Claim #:** | |
| **File #:** | 39406 |

*30566SCC*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CCSF0001 | Non-expert witness | $6.50 | 147 | $955.50 |
| CCSF0009 | Exhibit copying - 8 1/2 x 11 B&W hard | $0.75 | 18 | $13.50 |
| CCSF0010 | Exhibit copying - 8 1/2 x 11 Color hard | $1.75 | 58 | $101.50 |
| CCSF0011 | Exhibit scanning | $0.75 | 35 | $26.25 |
| CCSF0019 | Video Conf Service per hour | $125.00 | 6 | $750.00 |
| CCSF0023 | Delivery by hired service | $28.00 | 1 | $28.00 |
| | | **Sub Total** | | $1,874.75 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $1,874.75 |

***Thank you for choosing Behmke Reporting!***

**Fed. I.D. # 45-2048307**

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.***

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Rebecca Louie | | |
|---|---|---|---|
| | San Francisco City & County Attorney | **Invoice #:** | **5822030** |
| | 1390 Market St | **Invoice Date:** | **6/16/2022** |
| | 7th Flr | **Balance Due:** | **$1,105.25** |
| | San Francisco, CA, 94102-5302 | | |

| Case: Dyer, Caroline v. City And County Of San Francisco (21cv05920RS) | Proceeding Type: Depositions |
|---|---|

Job #: 5242720   |   Job Date: 5/19/2022   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Rebecca Louie |
| Scheduling Atty: | Rebecca Louie | San Francisco City & County Attorney |

| Witness: Jeremiah Nares | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 87.00 | $5.95 | $517.65 |
| Exhibits | 4.00 | $0.65 | $2.60 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | **Invoice Total:** | **$1,105.25** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,105.25** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5822030** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **6/16/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,105.25** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

130543

Caroline Dyer v. City and County of San Francisco

USDC Northern District of California No. 21-cv-05920-RS

MEMORANDUM OF COSTS WORKSHEET

**EXHIBIT 4**
**d1. Reproduction of Government Records**

| VENDOR | SERVICE | INVOICE | DATE | AMOUNT |
|---|---|---|---|---|
| DSU Discovery | Onsite scanning and copying of records from Department of Police Accountability including tax | 22SF105103 | 1/12/2022 | $4,362.55 |
| | | | | |
| **TOTAL** | | | | **$4,362.55** |

# EXHIBIT 4



**San Francisco**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 1/12/2022 | 22SF105103 |

**www.dsudiscovery.com**

### Ask us about Relativity, our online document review tool!

| Bill To |
|---------|
| Accounting Department<br>SF City Attorney office<br>Fox Plaza, 1390 Market., 5th Floor<br>San Francisco, CA 94102 |

**Job #: 22SF105103**

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| Dyer Sandoval | Net 30 | Lis | Sophia Garcia |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Web Hosting:Cassette Digitization | 149 | $15.000 | $2,235.00 |
| Imaging:OCR per page | 8874 | $0.020 | $177.48T |
| Imaging:On-site Machine Set-up | 3 | $50.000 | $150.00T |
| Imaging:On-site Labor | 95 | $25.000 | $2,375.00T |
| Imaging:On-site Scanning | 8874 | $0.150 | $1,331.10T |

Caroline Dyer and Hunter Sandoval v. City and County of San Francisco
United States District Court Case No.: 21-cv-05920
City Attorney Reference No. 220237

Unless written notice to the contrary is given to DSU Discovery within 7 days of the receipt of invoice, all services delivered to customer are deemed to have been performed in a satisfactory manner and are accepted by customer.

Send only your payment to the payment address indicated on this invoice. All payments are due within your terms upon your receipt of this invoice. All late payments may be subject to finance charges or other late charge fees assessable against you; provided, however, that such amount shall be automatically reduced to the maximum amount permitted by law if such amount is deemed to be usurious or unlawful. If payments are not received within your terms after invoiced, financing charges and/or late fees may begin to accrue at our option. Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party.

| | |
|--|--|
| **Subtotal:** | $6,268.58 |
| **Tax(0.08625):** | $347.90 |

| **Customer Signature:** | **Date:** | **Total:** | $6,616.48 |
|---|---|---|---|

Please Remit All Payments to: DSU Discovery 268 Bush Street, Suite 2901 San Francisco, CA 94104
Phone: (415) 398-2111 Fax: (415) 398-2221 We Accept All Major Credit Cards!
https://dsudiscovery.com/payment/

Tax ID Number:
94-3290448

Caroline Dyer v. City and County of San Francisco

USDC Northern District of California No. 21-cv-05920-RS

MEMORANDUM OF COSTS WORKSHEET

**EXHIBIT 5**

**d2. Disclosure/Formal Discovery Documents**

| VENDOR | SERVICE | INVOICE | DATE | AMOUNT |
|---|---|---|---|---|
| WestCoast Legal | Dignity Health Medical Foundation (Santa Cruz), photocopies of Plaintiff's medical records, plus check charge | 25322595-01 | 6/3/2022 | $33.45 |
| WestCoast Legal | Dignity Health Medical Foundation Billing, photocopies of Plaintiff's medical records, plus check charge | 25322595-02 | 5/23/2022 | $15.51 |
| WestCoast Legal | Select Physical Therapy, photocopies of Plaintiff's medical records, plus check charge | 25322685-01 | 6/15/2022 | $81.50 |
| WestCoast Legal | Dignity Health Medical Foundation (Santa Cruz), photocopies of Plaintiff's medical records, plus check charge | 25322685-02 | 6/15/2022 | $33.45 |
| WestCoast Legal | Yong Kim Chiropractic & Acupuncture, photocopies of Plaintiff's medical records, plus check charge | 25322685-05 | 6/15/2022 | $28.95 |
| WestCoast Legal | Jennifer Durand, Therapeutic Yoga, photocopies of Plaintiff's medical records, plus check charge | 25322685-06 | 6/15/2022 | $2.85 |
| WestCoast Legal | Clarity Child Guidance Center check charge | 25322685-07 | 10/27/2022 | $1.50 |
| WestCoast Legal | Whole Foods Market California, Inc., photocopies of Plaintiff's records, plus check charge | 25322685-08 | 6/24/2022 | $25.80 |
| | | | | |
| | | | | |
| **TOTAL** | | | | **$223.01** |

# EXHIBIT 5

# WLS WESTCOAST LEGAL SERVICE

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**INVOICE#** 25322595-01

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

*Client No.:*  5544217

*Client No.:*  5543881

*File No.:*  220237

*IRS # 77-0009418*

*Claim No.:*

*Pltf/Appl:*  Caroline Dyer et al.

*vs Def:*  City and County of San Francisco et al.

*Court:*  UNITED STATES DISTRICT COURT

*Case No.:*  3:21-cv-05920

*Records Pertain To:*  **Caroline Dyer**

*Records From:*  **Dignity Health Medical Foundation (Santa Cruz)**
**Santa Cruz, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 31.95 |

*Notes:*
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 6/3/2022 | INVOICE NO. | 25322595-01 | **AMOUNT DUE** | 113.45 |
|---|---|---|---|---|---|

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322595-01 | 6/3/2022 | 113.45 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

_____
*Card Billing Address / Zip Code*

_____
*Exp. Date*        *Signature*

*PLEASE REMIT TO:*
**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

# WESTCOAST LEGAL SERVICE

INVOICE #25322595-02

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177          email: accounting@westcoastlegal.com

| BILL TO: | SHIP TO: |
|---|---|
| . | Rebecca Louie |
| San Francisco City Attorney's Office - Accounting Dept | San Francisco City Attorney's Office |
| 1390 Market St, 5th Floor | 1390 Market Street, 6th Fl |
| San Francisco, CA. 94102 | San Francisco, CA. 94102 |
| (415) 554-4211 x 7 | (415) 554-3800 |

Client No.: 5544217

Client No.: 5543881

File No.: 220237

*IRS # 77-0009418*

Claim No.:

Pltf/Appl: Caroline Dyer et al.

vs Def: City and County of San Francisco et al.

Court: UNITED STATES DISTRICT COURT

Case No.: 3:21-cv-05920

Records Pertain To: **Caroline Dyer**

Records From: **Dignity Health Medical Foundation (Billing)**
**Rancho Cordova, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 20.10 |
| Check Charge | 2.01 |
| Copies/Images | 13.50 |

Notes:
FACILITY REQUIRES PICK UP OF CERTFICATE

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .00 |
|---|---|---|

| DATE | 5/23/2022 | INVOICE NO. | 25322595-02 | AMOUNT DUE | 100.61 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322595-02 | 5/23/2022 | 100.61 |

PAYMENT OPTIONS:
☐ *CHECK: Payable to WestCoast Legal Service*          ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____          _____
Name on Card                                                        Card Billing Address / Zip Code

_____          _____          _____
Card Number                                                          Exp. Date                          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
Contact Name

_____
Contact Email

# WESTCOAST LEGAL SERVICE

INVOICE #25322685-01

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

IRS # 77-0009418

| File No.: | 220237 |
| Claim No.: | |
| Pltf/Appl: | Caroline Dyer et al. |
| vs Def: | City and County of San Francisco et al. |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | 3:21-cv-05920 |

Records Pertain To: **Caroline Dyer**
Records From: **Select Physical Therapy**
**San Francisco, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 59.00 |
| Check Charge | 5.90 |
| Copies/Images | 75.60 |

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .00 |

| DATE | 6/15/2022 | INVOICE NO. | 25322685-01 | AMOUNT DUE | 205.50 |

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-01 | 6/15/2022 | 205.50 |

PAYMENT OPTIONS:
☐ *CHECK: Payable to WestCoast Legal Service*   ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

_____
*Card Billing Address / Zip Code*

_____
*Exp. Date*          *Signature*

**PLEASE REMIT TO:**

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

**WLS WESTCOAST LEGAL SERVICE**

INVOICE #25322685-02

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

| BILL TO: | SHIP TO: |
|---|---|
| . | Rebecca Louie |
| San Francisco City Attorney's Office - Accounting Dept | San Francisco City Attorney's Office |
| 1390 Market St, 5th Floor | 1390 Market Street, 6th Fl |
| San Francisco, CA. 94102 | San Francisco, CA. 94102 |
| (415) 554-4211 x 7 | (415) 554-3800 |

Client No.: 5544217

Client No.: 5543881

File No.: 220237

IRS # 77-0009418

Claim No.:

Pltf/Appl: Caroline Dyer et al.

vs Def: City and County of San Francisco et al.

Court: UNITED STATES DISTRICT COURT

Case No.: 3:21-cv-05920

Records Pertain To: **Caroline Dyer**

Records From: **Dignity Health Medical Foundation (Santa Cruz)**
**Santa Cruz, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 31.95 |

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 6/15/2022 | INVOICE NO. | 25322685-02 | AMOUNT DUE | 113.45 |
|---|---|---|---|---|---|

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-02 | 6/15/2022 | 113.45 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*          ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
Name on Card

_____
Card Billing Address / Zip Code

_____
Card Number

_____
Exp. Date

_____
Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
Contact Name

_____
Contact Email

**WLS** **WESTCOAST**
**LEGAL SERVICE**

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

INVOICE #25322685-05

email: accounting@westcoastlegal.com

*BILL TO:*

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

*Client No.:*  5544217

*SHIP TO:*

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

*Client No.:*  5543881

*IRS # 77-0009418*

| *File No.:* | 220237 |
| *Claim No.:* | |
| *Pltf/Appl:* | Caroline Dyer et al. |
| *vs Def:* | City and County of San Francisco et al. |
| *Court:* | UNITED STATES DISTRICT COURT |
| *Case No.:* | 3:21-cv-05920 |

*Records Pertain To:* **Caroline Dyer**
*Records From:* **Yong Kim Chiropractic & Acupuncture**
**Daly City, CA**

| *ITEM RATE* | *AMOUNT* |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 27.45 |

*Notes:*
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| *SALES TAX* | .00 |
|---|---|

| *DATE* | 6/15/2022 | *INVOICE NO.* | 25322685-05 | *AMOUNT DUE* | 108.95 |
|---|---|---|---|---|---|

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-05 | 6/15/2022 | 108.95 |

PAYMENT OPTIONS:
☐ *CHECK: Payable to WestCoast Legal Service*   ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

_____
*Exp. Date*

*Card Billing Address / Zip Code*

_____
*Signature*

*PLEASE REMIT TO:*
**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

**WESTCOAST LEGAL SERVICE**

INVOICE #25322685-06

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177                    email: accounting@westcoastlegal.com

BILL TO:                                          SHIP TO:

.                                                Rebecca Louie
San Francisco City Attorney's Office - Accounting Dept   San Francisco City Attorney's Office
1390 Market St, 5th Floor                        1390 Market Street, 6th Fl
San Francisco, CA. 94102                         San Francisco, CA. 94102
(415) 554-4211 x 7                               (415) 554-3800

  Client No.:  5544217                             Client No.:  5543881

  File No.:  220237                                 IRS # 77-0009418
  Claim No.:

| ITEM RATE | AMOUNT |
|---|---|

  Pltf/Appl:  Caroline Dyer et al.
  vs Def:  City and County of San Francisco et al.
  Court:  UNITED STATES DISTRICT COURT
  Case No.:  3:21-cv-05920

| Item | Amount |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 1.35 |

Records Pertain To: **Caroline Dyer**
Records From: **Jennifer Durand, Therapeutic Yoga**
**San Francisco, CA**

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX     .00

| DATE | 6/15/2022 | INVOICE NO. | 25322685-06 | AMOUNT DUE | 82.85 |
|---|---|---|---|---|---|

---

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-06 | 6/15/2022 | 82.85 |

PAYMENT OPTIONS:
☐ CHECK: Payable to WestCoast Legal Service          ☐ CREDIT CARD: VISA  / MasterCard / AmEx (please circle)

_____                    _____
Name on Card                                    Card Billing Address / Zip Code

_____                    _____
Card Number                                     Exp. Date          Signature

PLEASE REMIT TO:                               _____
**WestCoast Legal Service**                     Contact Name
**A/R PROCESSING**
**1925 S Winchester Blvd #203**                _____
**Campbell, CA 95008**                          Contact Email

**WLS** **WESTCOAST LEGAL SERVICE** *INVOICE* **INVOICE #25322685-07**

1925 Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177          email: accounting@westcoastlegal.com

*BILL TO:*                                          *SHIP TO:*

.                                                   Rebecca Louie
San Francisco City Attorney's Office - Accounting Dept   San Francisco City Attorney's Office
1390 Market St, 5th Floor                           1390 Market Street, 6th Fl
San Francisco, CA. 94102                            San Francisco, CA. 94102
(415) 554-4211 x 7                                  (415) 554-3800

Client No.:   5544217                               Client No.:   5543881

File No.:   221003                                       *IRS # 77-0009418*
Claim No.:
Pltf/Appl:   Caroline Dyer et al.
vs Def:   City and County of San Francisco et al.
Court:   UNITED STATES DISTRICT COURT
Case No.:   3:21-cv-05920

Records Pertain To:   **Caroline Dyer**
Records From:   **Clarity Child Guidance Center**
**San Antonio, TX**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 68.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Attempt Auth/Waive from Consumer | 29.00 |

*Notes:*
RECORDS UNOBTAINABLE. SEE STATUS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .00 |
|---|---|---|

| DATE | 10/27/2022 | INVOICE NO. | 25322685-07 | AMOUNT DUE | 113.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-07 | 10/27/2022 | 113.50 |

PAYMENT OPTIONS:
☐ *CHECK: Payable to WestCoast Legal Service*          ☐ *CREDIT CARD: VISA / MasterCard / AmEx (please circle)*

_____                    _____
Name on Card                                       Card Billing Address / Zip Code

_____                    _____
Card Number                                        Exp. Date          Signature

*PLEASE REMIT TO:*                                 _____
**WestCoast Legal Service**                        Contact Name
**A/R PROCESSING**
**1925 Winchester Blvd #203**                      _____
**Campbell, CA 95008**                             Contact Email

**WESTCOAST**

**STATEMENT**

*San Jose * San Francisco * Los Angeles * Santa Ana * Sacramento * San Diego*

1925 Winchester Blvd #203
Campbell CA 95008
408-938-6528

WESTCOAST LEGAL SERVICE

Statement inquiries:
accounting@westcoastlegal.com

**Invoice Date:  June 24, 2022**

**Invoice Number: 25322685-08**
**Federal Identification # 77-0009418**

**Bill To:**

.

San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA 94102
**File Number:**
Account No.:
Route No.:

**Order By:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA  94102
**File Number: 220237**
Account No.:
Route No.:

**Ship To:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA 94102
**File No.:**
**Account No.:  San Francisco City Attorney's Office**

**Records Of:**
Caroline Dyer

**Records From:**

Whole Foods Market California, Inc. c/o CT Corporation System
Glendale, CA

**Case Name:**
Caroline Dyer et al. vs. City and County of San Francisco et al.

**Comments:**

| Description | Quantity | Amount |
|---|---|---|
| File Basic | | 65.00 |
| Witness Fee | | 15.00 |
| Check Charge | | 1.50 |
| Copies/Images | 54.00 | 24.30 |
| Subtotal | | $ 105.80 |
| Tax | | $ |
| **TOTAL** | | **$  105.80** |

This invoice will appear on your monthly statement. If paying by invoice, please reference invoice number.

**Invoice Number: 25322685-08**

InvoiceA Re:Invoice

Order#:25322685-08-01/INVOICEA

Caroline Dyer v. City and County of San Francisco
USDC Northern District of California No. 21-cv-05920-RS

MEMORANDUM OF COSTS WORKSHEET

**EXHIBIT 6**
**e. Witness Fees**

| Witness Name | Date | Invoice/Check No. | Total Fee |
|---|---|---|---|
| Dignity Health Medical Foundation (Santa Cruz) | 6/3/2022 | 25322595-01 | $15.00 |
| Dignity Health Medical Foundation (Billing) | 5/23/2022 | 25322595-02 | $20.10 |
| Select Physical Therapy | 6/15/2022 | 25322685-01 | $59.00 |
| Dignity Health Medical Foundation (Santa Cruz) | 6/15/2022 | 25322685-02 | $15.00 |
| Yong Kim Chiropractic & Acupuncture | 6/15/2022 | 25322685-05 | $15.00 |
| Jennifer Durand, Therapeutic Yoga | 6/15/2022 | 25322685-06 | $15.00 |
| Clarity Child Guidance Center | 10/27/2022 | 25322685-07 | $15.00 |
| Whole Foods Market California, Inc. c/o CT Corporation System | 6/24/2022 | 25322685-08 | $15.00 |
| | | | |
| | | | |
| | | **TOTAL** | **$169.10** |

*Requesting amount allowable under 28 USCA Section 1821

# EXHIBIT 6

# WESTCOAST LEGAL SERVICE

INVOICE # 25322595-01

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

| | |
|---|---|
| *Client No.:* 5544217 | *Client No.:* 5543881 |

*File No.:* 220237

*IRS # 77-0009418*

*Claim No.:*
*Pltf/Appl:* Caroline Dyer et al.
*vs Def:* City and County of San Francisco et al.
*Court:* UNITED STATES DISTRICT COURT
*Case No.:* 3:21-cv-05920

*Records Pertain To:* **Caroline Dyer**
*Records From:* **Dignity Health Medical Foundation (Santa Cruz)**
**Santa Cruz, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 31.95 |

*Notes:*
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | .00 |
|---|---|---|---|
| DATE 6/3/2022 | INVOICE NO. 25322595-01 | AMOUNT DUE | 113.45 |

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322595-01 | 6/3/2022 | 113.45 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Billing Address / Zip Code*

_____
*Card Number*

_____
*Exp. Date*

_____
*Signature*

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

**WLS** WESTCOAST LEGAL SERVICE

INVOICE #25322595-02

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

| BILL TO: | SHIP TO: |
|---|---|
| . | Rebecca Louie |
| San Francisco City Attorney's Office - Accounting Dept | San Francisco City Attorney's Office |
| 1390 Market St, 5th Floor | 1390 Market Street, 6th Fl |
| San Francisco, CA. 94102 | San Francisco, CA. 94102 |
| (415) 554-4211 x 7 | (415) 554-3800 |
| Client No.:  5544217 | Client No.:  5543881 |

IRS # 77-0009418

File No.:  220237

Claim No.:

Pltf/Appl:  Caroline Dyer et al.

vs Def:  City and County of San Francisco et al.

Court:  UNITED STATES DISTRICT COURT

Case No.:  3:21-cv-05920

Records Pertain To:  **Caroline Dyer**

Records From:  **Dignity Health Medical Foundation (Billing)**
**Rancho Cordova, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 20.10 |
| Check Charge | 2.01 |
| Copies/Images | 13.50 |

Notes:
FACILITY REQUIRES PICK UP OF CERTFICATE

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 5/23/2022 | INVOICE NO. | 25322595-02 | AMOUNT DUE | 100.61 |
|---|---|---|---|---|---|

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322595-02 | 5/23/2022 | 100.61 |

PAYMENT OPTIONS:

☐ CHECK: Payable to WestCoast Legal Service      ☐ CREDIT CARD: VISA / MasterCard / AmEx (please circle)

_____
Name on Card

_____
Card Billing Address / Zip Code

_____
Card Number

_____
Exp. Date

_____
Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
Contact Name

_____
Contact Email

**WLS  WESTCOAST LEGAL SERVICE**

INVOICE #25322685-01

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

BILL TO:

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

SHIP TO:

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217

Client No.:  5543881

File No.:  220237

IRS # 77-0009418

Claim No.:

Pltf/Appl:  Caroline Dyer et al.

vs Def:  City and County of San Francisco et al.

Court:  UNITED STATES DISTRICT COURT

Case No.:  3:21-cv-05920

Records Pertain To:  **Caroline Dyer**

Records From:  **Select Physical Therapy**
**San Francisco, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 59.00 |
| Check Charge | 5.90 |
| Copies/Images | 75.60 |

Notes:
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 6/15/2022 | INVOICE NO. | 25322685-01 | AMOUNT DUE | 205.50 |
|---|---|---|---|---|---|

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-01 | 6/15/2022 | 205.50 |

PAYMENT OPTIONS:

☐ CHECK: Payable to WestCoast Legal Service          ☐ CREDIT CARD: VISA / MasterCard / AmEx (please circle)

_____
Name on Card

_____
Card Billing Address / Zip Code

_____
Card Number

_____
Exp. Date

_____
Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
Contact Name

_____
Contact Email

# WESTCOAST LEGAL SERVICE

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217

Client No.:  5543881

File No.:  220237

IRS # 77-0009418

Claim No.:
Pltf/Appl:  Caroline Dyer et al.
vs Def:  City and County of San Francisco et al.
Court:  UNITED STATES DISTRICT COURT
Case No.:  3:21-cv-05920

Records Pertain To:  **Caroline Dyer**
Records From:  **Dignity Health Medical Foundation (Santa Cruz)**
**Santa Cruz, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 31.95 |

*Notes:*
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .00 |
|---|---|---|

| DATE | 6/15/2022 | INVOICE NO. | 25322685-02 | AMOUNT DUE | 113.45 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-02 | 6/15/2022 | 113.45 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Number*

_____
*Card Billing Address / Zip Code*

_____
*Exp. Date*          *Signature*

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

# WLS WESTCOAST LEGAL SERVICE

**INVOICE # 25322685-05**

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

*BILL TO:*

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

*SHIP TO:*

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

*Client No.:*  5544217

*Client No.:*  5543881

*File No.:*  220237

*IRS # 77-0009418*

*Claim No.:*

*Pltf/Appl:*  Caroline Dyer et al.

*vs Def:*  City and County of San Francisco et al.

*Court:*  UNITED STATES DISTRICT COURT

*Case No.:*  3:21-cv-05920

*Records Pertain To:*  **Caroline Dyer**

*Records From:*  **Yong Kim Chiropractic & Acupuncture**
**Daly City, CA**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 27.45 |

*Notes:*
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | |
|---|---|
| *SALES TAX* | .00 |

| DATE | 6/15/2022 | INVOICE NO. | 25322685-05 | *AMOUNT DUE* | 108.95 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-05 | 6/15/2022 | 108.95 |

PAYMENT OPTIONS:
☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Billing Address / Zip Code*

_____
*Card Number*

_____
*Exp. Date*

_____
*Signature*

*PLEASE REMIT TO:*
**WestCoast Legal Service**
**A/R PROCESSING**
**1925 S Winchester Blvd #203**
**Campbell, CA 95008**

_____
*Contact Name*

_____
*Contact Email*

# WLS WESTCOAST LEGAL SERVICE

INVOICE# 25322685-06

1925 S Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

.
San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

**SHIP TO:**

Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

IRS # 77-0009418

| File No.: | 220237 |
| Claim No.: | |
| Pltf/Appl: | Caroline Dyer et al. |
| vs Def: | City and County of San Francisco et al. |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | 3:21-cv-05920 |

Records Pertain To:  **Caroline Dyer**
Records From:  **Jennifer Durand, Therapeutic Yoga
San Francisco, CA**

| ITEM RATE | AMOUNT |
| --- | --- |
| File Basic | 65.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies/Images | 1.35 |

**Notes:**
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
| --- | --- |

| DATE | 6/15/2022 | INVOICE NO. | 25322685-06 | *AMOUNT DUE* | 82.85 |
| --- | --- | --- | --- | --- | --- |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
| --- | --- | --- | --- | --- |
| San Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-06 | 6/15/2022 | 82.85 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
Name on Card

_____
Card Number

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1925 S Winchester Blvd #203
Campbell, CA 95008**

_____
Card Billing Address / Zip Code

_____
Exp. Date          Signature

_____
Contact Name

_____
Contact Email

**WLS** **LEGAL SERVICE** INVOICE #25322685-07

1925 Winchester Blvd #203, Campbell, CA 95008  (800) 698-8177     email: accounting@westcoastlegal.com

*BILL TO:*                            *SHIP TO:*

                                          Rebecca Louie

San Francisco City Attorney's Office - Accounting Dept | San Francisco City Attorney's Office
1390 Market St, 5th Floor                  1390 Market Street, 6th Fl
San Francisco, CA. 94102                San Francisco, CA. 94102
(415) 554-4211 x 7                        (415) 554-3800

     *Client No.:*   5544217                 *Client No.:*   5543881

      *File No.:*   221003              *IRS # 77-0009418*
    *Claim No.:*
   *Pltf/Appl:*   Caroline Dyer et al.
     *vs Def:*   City and County of San Francisco et al.
      *Court:*   UNITED STATES DISTRICT COURT
   *Case No.:*   3:21-cv-05920

*Records Pertain To:*   **Caroline Dyer**
*Records From:*   **Clarity Child Guidance Center**
                  **San Antonio, TX**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 68.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Attempt Auth/Waive from Consumer | 29.00 |

*Notes:*
RECORDS UNOBTAINABLE. SEE STATUS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | 10/27/2022 | INVOICE NO. | 25322685-07 | AMOUNT DUE | 113.50 |
|---|---|---|---|---|---|

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorney's Office - Accounting Dept | 5544217 | 25322685-07 | 10/27/2022 | 113.50 |

PAYMENT OPTIONS:

☐ CHECK: Payable to WestCoast Legal Service      ☐ CREDIT CARD: VISA / MasterCard / AmEx (please circle)

_____      _____
Name on Card                             Card Billing Address / Zip Code

_____      _____
Card Number               Exp. Date          Signature

*PLEASE REMIT TO:*

**WestCoast Legal Service**
**A/R PROCESSING**
**1925 Winchester Blvd #203**
**Campbell, CA 95008**

_____
Contact Name

_____
Contact Email

**WESTCOAST**

*San Jose * San Francisco * Los Angeles * Santa Ana * Sacramento * San Diego*

**STATEMENT**

**WESTCOAST LEGAL SERVICE**

1925 Winchester Blvd #203
Campbell CA 95008
408-938-6528

Statement inquiries:
accounting@westcoastlegal.com

**Invoice Date:  June 24, 2022**

**Invoice Number: 25322685-08**
**Federal Identification # 77-0009418**

**Bill To:**
.

San Francisco City Attorney's Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA 94102
**File Number:**
Account No.:
Route No.:

**Order By:**
Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA  94102
**File Number: 220237**
Account No.:
Route No.:

**Ship To:**
Rebecca Louie
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA 94102
**File No.:**
**Account No.:  San Francisco City Attorney's Office**

| Records Of: | Description | Quantity | Amount |
|---|---|---|---|
| Caroline Dyer | | | |
| | File Basic | | 65.00 |
| | Witness Fee | | 15.00 |
| | Check Charge | | 1.50 |
| **Records From:** | Copies/Images | 54.00 | 24.30 |
| Whole Foods Market California, Inc. c/o CT Corporation System | | | |
| Glendale, CA | Subtotal | $ | 105.80 |
| | Tax | $ | |
| | **TOTAL** | | **$   105.80** |

**Case Name:**
Caroline Dyer et al. vs. City and County of San Francisco et al.

**Comments:**

This invoice will appear on your monthly statement. If paying by invoice, please reference invoice number.

**Invoice Number: 25322685-08**

InvoiceA Re:Invoice

Order#:25322685-08-01/INVOICEA